[No. 33412-3-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY
ROBERT KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-05280-8, R. Joseph Wesley, J., entered
August 18, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 33700-9-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
DALE FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-08323-6, Faith Enyeart Ireland, J.,
entered August 24, 1993. *Dismissed* by unpublished per
curiam opinion.

[No. 33715-7-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYRUN
MAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01173-0, Leroy McCullough, J., entered
November 23, 1993. *Affirmed* by unpublished per curiam
opinion.

[No. 34027-1-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMELO
GOMEZ-GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05751-9, Liem E. Tuai, J., entered Janu-
ary 26, 1994. *Dismissed* by unpublished per curiam
opinion.